

December 5, 2018

**VIA CM/ECF & HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street, Room 6325, Unit 26
Wilmington, DE 19801-3555

Re:  *Novartis Pharmaceuticals Corporation v. Accord Healthcare, Inc., et al.,*
      **C.A. No. 18-1043-LPS**

Dear Chief Judge Stark:

Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively "Aurobindo") write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confers (by telephone) on October 12, 2018, and November 15, 2018:

- For Novartis:  Paul Torchia from Gibson, Dunn & Crutcher, LLP, Dan Silver from McCarter & English, LLP (October 12), and Benjamin Smyth from McCarter & English, LLP (November 15).

- For Aurobindo:  George Barry from Kratz & Barry LLP, Timothy Kratz from Kratz & Barry LLP, and Kenneth Dorsney from Morris James LLP.

The issues requiring judicial attention are listed below:

- The sufficiency of Aurobindo's disclosure of ESI custodians and non-custodial data sources.

- Aurobindo's responses and objections to certain requests for production set forth in Novartis's First Set of Common Requests for the Production of Documents and Things to all Defendants.

- Aurobindo's responses and objections to certain interrogatories set forth in Novartis's First Set of Common Interrogatories to all Defendants.

Daniel M. Silver
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801-3717
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

The Honorable Leonard P. Stark
December 5, 2018
Page 2

Respectfully Submitted,

/s/ Daniel M. Silver

Daniel M. Silver (#4758)

cc:     Counsel of record (via electronic mail)