## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>ACCORD HEALTHCARE INC., ET AL.,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>C.A. No. 18-1043-LPS<br><br>CONSOLIDATED |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for the parties to submit letters to the Court regarding the June 21, 2019 preliminary injunction hearing shall be extended through and including Wednesday, June 12, 2019 (from Tuesday, June 11, 2019).

DATED: June 11, 2019

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:
Jane M. Love
Robert Trenchard
Paul E. Torchia

RICHARDS, LAYTON & FINGER, P.A.

/s/ Alexandra M. Ewing
Fredrick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

Shannon M. Bloodworth
Brandon M. White
PERKINS COIE LLP
700 13th Street NW

-1-

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
jlove@gibsondunn.com
rtrenchard@gibsondunn.com
ptorchia@gibsondunn.com

Andrew P. Blythe
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
ablythe@gibsondunn.com

*Attorneys for Novartis Pharmaceuticals
Corporation*

Washington, DC 20001
(202) 654-6200
SBloodworth@perkinscoie.com
BMWhite@perkinscoie.com

Bryan D. Beel, Ph.D.
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
(503) 727-2116
BBeel@perkinscoie.com

Michael R. Lang
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
mlaing@perkinscoie.com

*Attorneys for Mylan Pharmaceuticals Inc.*

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Eve H. Ormerod
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

Louis H. Weinstein
Alan Pollack
James P. Barabas
WINDELS MARX LANE & MITTENDORF,
LLP
One Giralda Farms, Suite 100
Madison, NJ 07940
973-966-3200
lweinstein@windelsmarx.com
apollack@windelsmarx.com
jbarabas@windelsmarx.com

*Attorneys for Accord Healthcare, Inc., Dr.
Reddy's Laboratories, Inc., Dr. Reddy's*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

Timothy H. Kratz
George J. Barry III
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 341-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

*Attorneys for Aurobindo Pharma Limited and
Aurobindo Pharma USA*

ME1 30644011v.1

*Laboratories, Ltd., Torrent Pharmaceuticals Ltd., and Torrent Pharma Inc.*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jturpin@lockelord.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

Howard S. Suh
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200
howard.suh@hklaw.com

*Attorneys for Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit-V*

STAMOULIS & WEINBLATT, LLP

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West St., 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Mieke Malmberg
SKIERMONT DERBY LLP
800 Wilshire Blvd., Ste. 1450
Los Angeles, CA 90017
(213) 788-4502
mmalmberg@skiermontderby.com

-3-

Paul Skiermont
Sarah Spires
Steven J. Udick
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
(214) 978-6600
pskiermont@skiermontderby.com
sspires@skiermontderby.com
sudick@skiermontderby.com

*Attorneys for HEC Pharm Co., HEC Pharm*
*Group, HEC Pharm USA Inc.*

IT IS SO ORDERED this _____ day of _____, 2019.

_____
Chief United States District Judge
Hon. Leonard P. Stark

-4-