IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVARTIS PHARMACEUTICALS
CORPORATION,

Plaintiff,

v.

ACCORD HEALTHCARE INC., et al.,

Defendants.

C.A. No. 18-1043-LPS

[~~PROPOSED~~] ORDER

WHEREAS, Plaintiff having moved to redact limited portions of the June 21, 2019 preliminary injunction hearing transcript containing certain matters deemed highly confidential (the "Motion"), and good cause having been shown;

WHEREAS, Defendants do not oppose Plaintiff's Motion;

IT IS HEREBY ORDERED this 1st day of August, 2019 that the Motion is GRANTED. The redacted version of the transcript attached as Exhibit B to the Motion shall be filed as the public version at the date for release of the electronic transcript per the Court's policies.

_____
United States District Judge

ME1 31064762v.1