IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) ACCORD HEALTHCARE INC., et al., ) ) Defendants. ) | Civil Action No. 18-1043-KAJ |

## ORDER

For the reasons set forth in the Post-Trial Findings of Act and Conclusions of Law issued in this matter today,

IT IS HEREBY ORDERED that the parties shall confer and, within ten days, submit a form of judgment order giving effect to the conclusions set forth therein.

_____
Kent A. Jordan, Circuit Judge
Sitting by designation

August 10, 2020
Wilmington, Delaware