

**Daniel M. Silver**
Partner

T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre

405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

August 12, 2020

**VIA CM/ECF**

The Honorable Kent A. Jordan, Circuit Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

Re:   ***Novartis Pharmaceuticals Corporation v. Accord Healthcare, Inc., et al.,*
      C.A. No. 18-1043-KAJ**

Dear Judge Jordan:

I write on behalf of Novartis and HEC jointly to advise the Court that neither party requests any redactions to Your Honor's August 10, 2020 Findings of Fact and Conclusions of Law (D.I. 769).  Accordingly, the parties jointly respectfully request that the Findings of Fact and Conclusions of Law be unsealed and made available to the public at the Court's earliest convenience.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   Counsel of record (via CM/ECF and electronic mail)

ME1 34037844v.1