IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 18-1043-KAJ <br> ) |
| ACCORD HEALTHCARE INC., et al., | ) <br> ) |
| Defendants. | ) |

## ORDER

In accordance with the Court's August 10, 2020 Order (D.I. 770), the Clerk's Office is hereby directed to unseal the Findings of Fact and Conclusions of Law of August 10, 2020 (D.I. 769).

Kent A. Jordan
Circuit Judge sitting by designation

DATE: August 17, 2020
Wilmington, Delaware