

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

November 22, 2022

<u>**VIA CM/ECF AND HAND-DELIVERY**</u>

John A. Cerino
Office of the Clerk
United States District Court for the District of Delaware
844 North King St., Unit 18
Wilmington, DE 19801-3570

Re:   *Novartis Pharmaceuticals Corporation v. Accord Healthcare, Inc., et al.,*
      **C.A. No. 18-1043-KAJ (Cons.);**

Dear Mr. Cerino,

We write on behalf of Novartis Pharmaceuticals Corporation regarding the Reply in Further of Support of HEC Pharm Co., Ltd. And HEC Pharm USA Inc.'s Bill of Costs filed by Defendants yesterday at in the above-referenced case. (D.I. 856.)  Novartis requests that the your office disregard this "reply" submission, which is not contemplated by the Local Rules.  Novartis reserves all rights to address the contents of Defendants' reply should either party subsequently file a motion for review pursuant to Local Rule 54.1(d).

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record for HEC (via CM/ECF and E-Mail)

ME1 43410740v.1